AO 245D (Rev. 12/07) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

Southern District of Illinois

*AMENDED*

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>MICHAEL J. PALMER | Judgment in a Criminal Case<br>(For Revocation of Probation or Supervised Release)<br><br>Case No. 4:97CR40064-001-JPG<br>USM No. 04042-025<br>Judith A. Kuenneke, AFPD<br>Defendant's Attorney |

**FILED JUN 29 2011** CLERK, U.S. DISTRICT COURT SOUTHERN DISTRICT OF ILLINOIS BENTON OFFICE

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s)   as alleged below   of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| *Statutory | Defendant committed offense of Manuf/Delivery of Cannabis | 04/15/2010 |
| Statutory | The defendant illegally possessed marihuana | 04/15/2010 |
| Standard # 1 | The defendant left the judicial district without permission | 05/15/2010 |
| Standard # 2 | The defendant failed to submit truthful reports timely | 06/30/2009 |

The defendant is sentenced as provided in pages 2 through __3__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 2961

Defendant's Year of Birth: 1973

City and State of Defendant's Residence:
Carbondale, IL 62901

06/20/2011
Date of Imposition of Judgment

*Signature of Judge*

J. Phil Gilbert                District Judge
Name and Title of Judge

June 29, 2011
Date

DEFENDANT: MICHAEL J. PALMER
CASE NUMBER: 4:97CR40064-001-JPG

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| Special | The defendant failed to call the On-Site Drug Testing Program | 04/10/2008 |

AO 245D    (Rev. 12/07) Judgment in a Criminal Case for Revocations
           Sheet 2— Imprisonment

DEFENDANT: MICHAEL J. PALMER
CASE NUMBER: 4:97CR40064-001-JPG

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total total term of:

24 months. This sentence is to run consecutive to the state court sentence that the defendant is presently serving in Illinois Department of Corrections.

☐ The court makes the following recommendations to the Bureau of Prisons:

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

   ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

   ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ☐ before 2 p.m. on _____ .

   ☐ as notified by the United States Marshal.

   ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL